ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF HAWAII    CR05 00140

| UNITED STATES OF AMERICA vs.<br><br>PEDERSEN, DAVID A<br>1720 ALA MOANA HOTEL H306<br>HONOLULU, HI 96815<br><br>*Defendant.* | Violation Notice Number(s)<br><br>A1497675<br>H12<br><br><br>DRIVE W/SUSPENDED LIC | Violation Date(s)<br><br>12/30/2004<br><br>CR 05-00140<br>COUNT 1: A1497976 H12<br>        DR W/OUT INS<br>COUNT 2: A1497977 H12<br>        DUI |

**MANDATORY COURT APPEARANCE REQUIRED**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ __MANDATORY__ may be Forfeited in Lieu of Appearance.

**BAIL FIXED AT $100.00 UNSECURED**

WALTER A. Y. H. CHINN, CLERK
BY: _____, DEPUTY CLERK

Date __APRIL 12, 2005__

BARRY M. KURREN
*United States Magistrate Judge*
HON. BARRY M KURREN

### RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
|  |  |  |

*EXECUTED BY ARREST OF THE ABOVE–NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
|  |  |  |

Name _____    Title _____    District _____

Date _____    Signature _____