EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9247
Facsimile: (808) 541-2958
Email: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR 05-00140 |
| ) | SUPERSEDING INFORMATION |
| Plaintiff, ) | Citation No.: A1497977/H-12 |
| ) | A1497975/H-12 |
| vs. ) | |
| ) | H.R.S. §§ 291E-61(a)(1)&(3); |
| DAVID A. PEDERSON, ) | H.R.S. § 286-102, |
| ) | 18 U.S.C. § 13 |
| Defendant. ) | |
| ) | |

SUPERSEDING INFORMATION

COUNT 1
[H.R.S. 291E-61(a)(1)&(3); 18 U.S.C. 13]

The United States Attorney charges that:

On or about December 30, 2004, on Fort Shafter, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, DAVID A. PEDERSON, defendant herein, did unlawfully operate or assume actual physical control of a vehicle while under the influence of

alcohol in an amount sufficient to impair his normal mental faculties or ability to care for himself and guard against casualty, and with .08 or more grams of alcohol per two hundred ten liters of breath.

All in violation of Hawaii Revised Statute 291E-61(a)(1) and (a)(3), a Federal offense pursuant to Title 18, United States Code, Section 13.

COUNT 2
[H.R.S. 286-102; 18 U.S.C. 13]

The United States Attorney further charges that:

On or about December 30, 2004, on Fort Shafter, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, DAVID A. PEDERSON, defendant herein, did unlawfully operate a motor vehicle without a valid operator's license.

All in violation of Hawaii Revised Statute 286-102, a federal offense pursuant to Title 18, United States Code, Section 13.

DATED: MAY 23 2006 _____, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
GABRIEL COLWELL
Special Assistant U.S. Attorney

U.S. v. DAVID A. PEDERSON
CR. NO. CR 05-00140
"SUPERSEDING INFORMATION"

2