# ARMY ARRAIGNMENT & PLEA CALENDAR FOR DECEMBER 12, 2006
## UNITED STATES MAGISTRATE BARRY M. KURREN

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine | Total |
|---|---|---|---|---|---|---|---|---|
| 50) | GREENWAY, MICHAEL | CR 06-00508 | | 0704391 H13<br>08/14/2006 | HRS 291E-61(A)(3)<br>D.U.I. | | $25.00 | SA |

CONT. AS A&P MATTER FROM 10/24/2006 A&P

**WAG Paid 11/28/06 PE**

| 51) | LAYLO, PAGIBIG | | | A224539 H10<br>10/08/2006 | HRS 286-102<br>NO LICENSE | | $25.00 | |

Atty: **DISMISSED** PROOF SHOWN NC.

CONT. FROM 11/28/06 A&P

| 52) | PEDERSEN, DAVID A. | CR 05-00140 | ✓ | A1497977 H12<br>12/30/2006 | HRS 291E-61(A)(3)<br>D.U.I./assessment | | $0.00 500.00 25.00 525. | |

***** Bench Warrant *****
CONT. AS BW MATTER FROM 10/12/2005

PE/NKT PEC - to run concurrent w/ any previous suspension. 1yr lic suspension, 14 hrs. alcohol abuse education, $500.00 fine; $ _____ days to & from work only — days absolute and mandatory alcohol assessment. Proof of compliance date: 6/21/2007

Deft present: Arr ✓ Arr Wvd
Plea NG NJT Plea Guilty/Arr Guilty ✓

| | | | | A1497976H12<br>12/30/2006 | HRS 286-132<br>DRIVING W/SUSPENDED LICENSE | | $0.00 250.00 250. | |

***** Bench Warrant *****
- No Bench Warrant — Dismissed 12/11/2006

Deft present: Arr ✓ Arr Wvd
Plea NG NJT Plea Guilty/Arr Guilty ✓

| | | | | A1497976H12<br>12/30/2004 | HRS 431:10C-104<br>NO NO-FAULT INSURANCE CARD | | $0.00 | |

Atty: **— Dismissed —**

***** Bench Warrant *****
- No Action on Bench Warrant

Dated: 12/12/2006

APPROVED AND SO ORDERED
Magistrate Judge BARRY M. KURREN

APPROVED
SAUSA CAPT. GABRIEL COLWELL

at o'clock and ___
UNITED STATES DISTRICT COURT
SUE BEITIA, CLERK

DEC 12 2006