Page 9

# ARMY TRIAL CALENDAR FOR DECEMBER 11, 2007

## UNITED STATES MAGISTRATE LESLIE E. KOBAYASHI

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine SA | Total |
|---|---|---|---|---|---|---|---|---|
| T- 23) | PEDERSEN, DAVID, A. | CR 05-140 | | A1497977 H12 12/30/2004 | PROOF OF COMPLIANCE DUI | $0.00 | | |

CONT FOR POC FROM 12/12/2006; AS TO COUNT 1
DUI ; FINE $500; SA $25; COUNT 2 DRIVING W/
SUS LICENSE; FINE $250; SA $25; TOTAL $800;
DEFT HAS NOT COMPLIED ; NO PAYMENTS MADE

*Non Compliance BW $100 UNSECURED*

| | | | | A1497675 H12 12/30/2004 | PROOF OF COMPLIANCE DRIVING W/ SUSP LICENSE | $0.00 | | |

*$100 unsecured*

*Non Compliance BW $100 UNSECURED*

NW

Atty:

APPROVED AND SO ORDERED

*/s/ Leslie E. Kobayashi*
Magistrate Judge LESLIE E. KOBAYASHI

Dated: 12/11/2007

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2007

at _____ o'clock and _____ min. ___M.
SUE BEITIA, CLERK

APPROVED

*/s/*
AUSA CAPT. GABRIEL COLWELL